# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Petitioner,<br><br>          v.<br><br>FERETI SEMAIA, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-03092-MRA-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) the Petition is GRANTED; (2) a writ of habeas corpus requiring Petitioner John Doe's (A# 221-223-498) immediate release and preventing his re-detention absent a hearing at which the Government shows material changed circumstances justifying his detention; and (3)

Respondents are required to submit a status report within three calendar days confirming their compliance with the order.

Dated: June 26, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE