JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Petitioner,<br><br>  v.<br><br>FERETI SEMAIA, et al,<br><br>    Respondents. | Case No. 5:26-cv-03092-MRA-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting the Findings and Recommendations of the Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED.

Dated: June 26, 2026    _____

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE