JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>               Petitioner,<br><br>     v.<br><br>FERETI SEMAIA, et al,<br><br>          Respondents. | Case No. 5:26-cv-03092-MRA-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting the Findings and Recommendations of the Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED.

Dated: June 30, 2026  _____

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE